PHILLIP A. TALBERT
United States Attorney
AUDREY HEMESATH
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILAWAR SINGH,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>      Defendants. | CASE NO. 2:21-CV-02125-KJM-DB<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

  The United States respectfully requests an additional 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is March 25, 2022. The parties further request that all other filing deadlines be similarly extended, and that the currently scheduled initial scheduling conference, set for March 24, 2022, be vacated and reset.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  January 24, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|  | By:  /s/ ELLIOT C. WONG<br>ELLIOT C. WONG<br>Assistant United States Attorney |
|  | /s/ DUSTIN SALDARRIAGA<br>DUSTIN SALDARRIAGA<br>Counsel for Plaintiffs |

ORDER

IT IS SO ORDERED.  The new date for defendants to file an answer or other dispositive pleading is March 25, 2022, and all other filing deadlines are similarly extended.  The initial scheduling conference set for March 24, 2022, is vacated and reset for June 2, 2022, at 2:30 PM before the undersigned.  The parties shall submit, at least fourteen (14) days prior to the scheduling conference, a Joint Status Report.

DATED:  January 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE