UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dilawar Singh,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. Citizenship and Immigration Services, et al.,<br><br>　　　　　　　Defendants. | No. 2:21-cv-02125-KJM-DB<br><br>ORDER |

　　　　Defendants including U.S. Citizenship and Immigration Services request a second 60-day extension of time in which to respond to plaintiff Dilawar Singh's complaint. This court granted defendants' first request, *see* ECF No.14. While plaintiff does not oppose a second extension, defendants have not shown cause as to why this court should approve a second extension. Accordingly, the **request is denied without prejudice to showing good cause if possible**.

　　　　This order resolves ECF No. 15.

　　　　IT IS SO ORDERED.

DATED: March 24, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE